# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL K. REVARD, | ) Case No. ED CV 12-1386 MRW |
| Plaintiff, | ) |
| vs. | ) JUDGMENT |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

DATE: May 13, 2013

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin, who became the Acting Commissioner on February 14, 2013, is substituted for her predecessor Michael J. Astrue. See Fed. R. Civ. P. 25(d).